IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Arlington Video Productions,
Inc.,

    Plaintiff,

  v.                      Case No. 2:08-cv-122

Fifth Third Bank,

    Defendant.

<u>ORDER</u>

    This matter is before the court on plaintiff's sealed motion to certify a class (Doc. 39) filed on January 12, 2010.  For the reasons stated in a memorandum opinion filed separately under seal on this date, the motion is denied.

Date: September 13, 2010        <u>     s/James L. Graham     </u>
                                            James L. Graham
                                            United States District Judge