# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**ARLINGTON VIDEO
PRODUCTIONS, INC.,**

       **Plaintiff,**

                           **Case No. 2:08-cv-122**

   **v.**                         **JUDGE GREGORY L. FROST**

                               **Magistrate Judge Terence P. Kemp**

**FIFTH THIRD BANK,**

       **Defendant.**

## <u>ORDER</u>

On May 11, 2015, Defendant's counsel informed the Court that the parties have reached a settlement in the above-captioned case. Accordingly, the Court **DIRECTS** the Clerk to terminate as moot Plaintiff's Renewed and Revised Motion for Class Certification. (ECF No. 124.) The parties shall inform the Court of the status of the settlement efforts within thirty days.

**IT IS SO ORDERED.**

                                           ____/s/ Gregory L. Frost___
                                           GREGORY L. FROST
                                           UNITED STATES DISTRICT JUDGE