# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ARLINGTON VIDEO PRODUCTIONS, INC., | : : : | |
| Plaintiff, | : : | Case No. 2:08-cv-122 |
| v. | : : | Judge Gregory L. Frost |
| FIFTH THIRD BANK, | : : | Magistrate Judge Terrance P. Kemp |
| Defendant. | : : | |

## ORDER APPROVING SUPPLEMENTAL MAILING AND OBJECTION PERDIOD

This matter came before the Court on the Parties' joint motion to approve a supplemental mailing of notices and objection period for the proposed class settlement in the above-captioned action. For the reasons set forth in the motion, and for good cause shown, the Court hereby GRANTS the motion.

The Parties must ensure that the additional 3,223 class notices are mailed on or before November 24, 2015.  These proposed class members will have until December 8, 2015 to opt-out or object to the proposed class settlement.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　 **/s/   GREGORY L. FROST**
　　　　　　　　　　　　　　　　　　　　　　　　GREGORY L. FROST
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE